| | | | | |
|---|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 5 mins | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Ivy L. Garcia | | REPORTER/FTR: FTR 9/7/07 10:23:07-10:28:57 | |
| MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL | DATE: 9/7/07 | | NEW CASE ☐ | CASE NUMBER: CR-07-00488 CW |

**APPEARANCES**

| DEFENDANT: Kenyata Williams | AGE | CUST: No | P/NP: P | ATTORNEY FOR DEFENDANT: Seth Chazin | PD. ☐  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Keslie Stewart | INTERPRETER: None | | | ☒ FIN. AFFT NOT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER: None | PRETRIAL SERVICES OFFICER: Paul Mamaril | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS  5 Mins HELD |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING  SIGNING NOT HELD | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID/REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING NOT HELD |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED SEP 7 - 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED  ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 9/11/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ OTHER  BOND SIGNING OF SURETY |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION FOR EFFECTIVE PREP. OF COUNSEL UNTIL 9/26/07 | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 BET. NOW & 9/26/07 | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

CASE ALSO SET NEXT BEF. JUDGE CLAUDIA WILKEN ON 9/26/07 @ 2:00 p.m. for Status/Setting. Pret. Svcs. informed the Court that the deft. tested positive both for marijuana & methamphe-tamine on his 1st drug test after his Init. Appear. bef. this Court. The Court said that the deft's drug level in his system should start to decrease by now and the Court admonished the deft. that he must not use any controlled substances from this day forward. The deft. needs to discuss further with his sister re: her possibility of co-signing as a surety on his bond.

cc: WDB's Stats, Sheilah, Financial

DOCUMENT NUMBER: