1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-07-00488 CW
                                       )
12              Plaintiff,             )   **AMENDED STIPULATION AND**
                                       )   **[PROPOSED] ORDER CONTINUING**
13  vs.                                )   **STATUS HEARING**
                                       )
14  ANDRE MATTHEWS, et al.             )   Hearing Date: November 28, 2007
                                       )   Requested Date: January 9, 2008
15              Defendant.             )
    _____)
16

17

18          It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued

19  to January 9, 2008 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

20  excluded between November 28, 2007 until January 9, 2008 due to the ongoing investigation by

21  defense counsel.  Two new defense counsel have very recently joined this case.  It appears that

22  all defendants are now present, but the new counsel have had very little time to review the

23  discovery.  Approximately 4000 pages of discovery have been produced to defense counsel in

24  electronic form.  This electronic discovery has been converted to OCR searchable form by

25  defense counsel and distributed to all defense counsel.  Seven CD-ROM's of discovery recently

26  received have not been reviewed.  Calculation of loss value exposure will be a complicated

    Stip to Continue, 07-00488 CW            1

1   process in this case and is ongoing.  The parties understand the court's preference for setting of

2   motions by stipulation; however, the parties are not in a position to assess the time needed for

3   discovery review or motions preparation.  If possible, the parties will propose a motions schedule

4   by stipulation prior to the requested next appearance.

5        The parties agree that the ends of justice served by the continuance requested herein

6   outweigh the best interest of the public and the defendant in a speedy trial because the failure to

7   grant the continuance would deny the counsel for the defendant the reasonable time necessary for

8   effective preparation, taking into account the exercise of due diligence.  Time should therefore be

9   excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11   11-27-07                                    /s/
     Date                                       John Paul Reichmuth
12                                              Assistant Federal Public Defenders
                                                Counsel for defendant Johnson
13

14   11-27-07                                    /s/
15   Date                                       Richard Tamor
                                                Counsel for defendant Bacon
16

17   11-27-07                                    /s/
     Date                                       Garrick Lew
18                                              Counsel for defendant Alexander

19   11-27-07                                    /s/
     Date                                       Gail Shifman
20                                              Counsel for defendant Kautzman

21

22   11-27-07                                    /s/
     Date                                       John Hemann
23                                              Counsel for defendant Matthews

     11-27-07                                    /s/
24
     Date                                       Laura Robinson
25                                              Counsel for defendant Enriquez

26

Stip to Continue, 07-00488 CW              2

1   | 11-27-07                        |        /s/
    | Date                            | Mark Goldrosen
2   |                                 | Counsel for defendant Reyes

3

4   | 11-27-07                        |        /s/
    | Date                            | Seth Chazin
5   |                                 | Counsel for defendant Williams

6   | 11-27-07                        |        /s/
    | Date                            | Ismail Ramsey
7   |                                 | Counsel for defendant Arnold

8   | 11-27-07                        |        /s/
    | Date                            | Diana Weiss
9   |                                 | Counsel for defendant Green

10

11  | 11-27-07                        |        /s/
    | Date                            | H.H. "Shashi" Kewalramani
12  |                                 | Assistant United States Attorney

13

14   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.                    /S/ John Paul Reichmuth
15                                        Counsel for Defendant Alicia Johnson

16

17                              **ORDER**

        Based on the reasons provided in the stipulation of the parties above, the Court hereby
18
    finds that the ends of justice served by the continuance requested herein outweigh the best
19
    interest of the public and the defendant in a speedy trial because the failure to grant the
20
    continuance would deny the counsel for the defendant the reasonable time necessary for effective
21
    preparation, taking into account the exercise of due diligence.  The Court makes this finding
22
    because the parties continue to investigate the new discovery, which is voluminous.
23

24

25

26

1        Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

2   November 28, 2007 at 2:00 p.m. be continued to January 9, 2008 and that time be excluded from

3   November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

4        IT IS SO ORDERED.

5

6

7   _____          _____
    Date                            Hon. Claudia Wilken
8                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26