1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant JOHNSON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-00488 CW
                                       )
12                  Plaintiff,         )    **AMENDED STIPULATION AND**
                                       )    **ORDER CONTINUING STATUS**
13  vs.                                )    **HEARING**
                                       )
14  ANDRE MATTHEWS, et al.             )    Hearing Date: November 28, 2007
                                       )    Requested Date: January 9, 2008
15                  Defendant.         )
    _____)
16

17

18          It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued

19  to January 9, 2008 at 2:00 p.m.  In addition, the parties stipulate and agree that time should be

20  excluded between November 28, 2007 until January 9, 2008 due to the ongoing investigation by

21  defense counsel.  Two new defense counsel have very recently joined this case.  It appears that

22  all defendants are now present, but the new counsel have had very little time to review the

23  discovery.  Approximately 4000 pages of discovery have been produced to defense counsel in

24  electronic form.  This electronic discovery has been converted to OCR searchable form by

25  defense counsel and distributed to all defense counsel.  Seven CD-ROM's of discovery recently

26  received have not been reviewed.  Calculation of loss value exposure will be a complicated

    Stip to Continue, 07-00488 CW                    1

process in this case and is ongoing.  The parties understand the court's preference for setting of

motions by stipulation; however, the parties are not in a position to assess the time needed for

discovery review or motions preparation.  If possible, the parties will propose a motions schedule

by stipulation prior to the requested next appearance.

The parties agree that the ends of justice served by the continuance requested herein

outweigh the best interest of the public and the defendant in a speedy trial because the failure to

grant the continuance would deny the counsel for the defendant the reasonable time necessary

for effective preparation, taking into account the exercise of due diligence.  Time should

therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).


11-27-07                                    /s/
Date                                        John Paul Reichmuth
                                            Assistant Federal Public Defenders
                                            Counsel for defendant Johnson


11-27-07                                         /s/
Date                                        Richard Tamor
                                            Counsel for defendant Bacon


11-27-07                                         /s/
Date                                        Garrick Lew
                                            Counsel for defendant Alexander

11-27-07                                    /s/
Date                                        Gail Shifman
                                            Counsel for defendant Kautzman


11-27-07                                         /s/
Date                                        John Hemann
                                            Counsel for defendant Matthews

11-27-07                                         /s/

Date                                        Laura Robinson
                                            Counsel for defendant Enriquez

1

11-27-07                                          /s/
Date                                    Mark Goldrosen
2                                       Counsel for defendant Reyes

3

11-27-07                                          /s/
4    Date                               Seth Chazin
                                        Counsel for defendant Williams
5

6    11-27-07                                     /s/
Date                                    Ismail Ramsey
7                                       Counsel for defendant Arnold

8    11-27-07                                     /s/
Date                                    Diana Weiss
9                                       Counsel for defendant Green

10

11   11-27-07                                     /s/
Date                                    H.H. "Shashi" Kewalramani
12                                      Assistant United States Attorney

13

        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
14   within this efiled document.                _/S/ John Paul Reichmuth_
                                        Counsel for Defendant Alicia Johnson
15

16

17                                    **ORDER**
        Based on the reasons provided in the stipulation of the parties above, the Court hereby
18
     finds that the ends of justice served by the continuance requested herein outweigh the best
19
     interest of the public and the defendant in a speedy trial because the failure to grant the
20
     continuance would deny the counsel for the defendant the reasonable time necessary for effective
21
     preparation, taking into account the exercise of due diligence.  The Court makes this finding
22
     because the parties continue to investigate the new discovery, which is voluminous.
23

24

25

26

Stip to Continue, 07-00488 CW                3

1        Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

2  November 28, 2007 at 2:00 p.m. be continued to January 9, 2008 and that time be excluded from

3  November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

4        IT IS SO ORDERED.

5

6    11/27/07

7  _____    _____

    Date                            Hon. Claudia Wilken

8                                United States District Judge