~~PROPOSED~~ ORDER/COVER SHEET

TO:     Honorable Wayne D. Brazil        RE:    Kenyata WILLIAMS
U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief       DOCKET NO.:    4:07-cr-00488-CW-6
U.S. Pretrial Services Officer

FILED FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DATE:    February 20, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                  510-637-3752
U.S. PRETRIAL SERVICES SPECIALIST           TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ on _2/28/08 (THURSDAY)_ at _10:00 a.m._

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial release conditions as indicated below:

☐ Modification(s)

A. The defendant shall reside as directed by Pretrial Services, either at a sober living house, or at Cornell Corrections in San Francisco, California.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
Wayne D. Brazil
JUDICIAL OFFICER

DATE: 2/25/08

Cover Sheet (12/03/02)

cc: WDB's Stats, copy to parties via ECF, Pretrial, Sheilah, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Victoria Gibson
U.S. Pretrial Services Specialist
**Subject:** Kenyata WILLIAMS
4:07-cr-00488-CW-6
**Date:** February 20, 2008



# MEMORANDUM

Your Honor,

The above-referenced defendant is charged in an Indictment with a violation of Title 18, United States Code, Section 1028(f)- Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another. He was ordered released on September 6, 2007, on a $75,000 unsecured bond with Pretrial Services supervision and various special conditions. In light of information obtained during the post-bail investigation, Your Honor ordered the defendant's bond modified to include residential drug treatment on September 11, 2007.

The defendant entered Center Point on September 11, 2007. His progress reports over the past few months have been generally positive. The defendant secured employment at Sears in January 2008.

Mr. Williams is scheduled to graduate from Center Point's residential treatment program on March 10, 2008. The undersigned officer discussed the defendant's "exit plan" with Center Point staff and with the defendant. We agreed that the defendant should enter Center Point's transitional housing program in San Rafael, California. The transitional house would give him some continued structure, support, and treatment, with some more freedom than he has at the residential program, and allow him to continue working at Sears.

This morning, Pretrial Services spoke to staff at Center Point. They advised that, although they will allow Mr. Williams to graduate from the program, he is no longer welcome at the transitional housing program. According to a staff member, Mr. Williams violated re-entry conditions by lying and "stealing time." Mr. Williams told staff he had to be at work at a certain time, told his boss he would be a couple of hours late, and went to an unapproved location. During this time, he was seen by a Center Point staff member at a bus stop in Marin City. Mr. Williams admits to the above-described behavior. He indicated that he had gone to meet a woman.

**RECOMMENDATION:** In light of the information included in this memorandum, Pretrial Services is concerned with the defendant's upcoming transition into the community. We have asked him to attempt to locate another suitable sober living environment, and he indicated that he has some leads. If he cannot locate a suitable place to reside by his date of graduation from Center Point, we respectfully recommend that he be ordered to reside at Cornell Corrections in San Francisco, where he can take public transportation to his place of employment in Marin County, unless or until a suitable

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: WILLIAMS, KENYATA           DOCKET: CR07-00488 CW
PAGE 2


sober living house can be found.

This memorandum is provided for Your Honor's information and consideration.

Respectfully submitted,

VICTORIA GIBSON
U.S. Pretrial Services Specialist


Reviewed by,

SILVIO LUGO, Assistant Deputy
Chief U.S. Pretrial Services Officer


cc:   Keslie Stewart, AUSA
      Seth Chazin, Defense Counsel