1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-07-00488 CW
                                     )
12              Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER CONTINUING STATUS**
13  vs.                              )   **HEARING**
                                     )
14  ANDRE MATTHEWS, et al.           )   Hearing Dates: March 12 & 19, 2008
                                     )   Requested Date: April 9, 2008
15              Defendant.           )
    _____ )
16

17

18          It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,

19  2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00

20  p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that

21  time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing

22  investigation by defense counsel. Two new discs of electronic discovery have been produced by

23  the government within the week of March 3, 2008, and defense counsel need time to review this

24  material. Approximately 4000 pages of discovery have been previously been produced to

25  defense counsel in electronic form. This electronic discovery has been converted to OCR

26  searchable form by defense counsel and distributed to all defense counsel.

1    The parties agree that the ends of justice served by the continuance requested herein

2    outweigh the best interest of the public and the defendants in a speedy trial because the failure to

3    grant the continuance would deny the counsel for the defendant the reasonable time necessary for

4    effective preparation, taking into account the exercise of due diligence.  Time should therefore be

5    excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7    03-07-08                                        /s/
     Date                                    John Paul Reichmuth
8                                            Assistant Federal Public Defenders
                                             Counsel for defendant Johnson
9

10
     03-07-08                                        /s/
11   Date                                    Richard Tamor
                                             Counsel for defendant Bacon
12

13   03-07-08                                        /s/
     Date                                    Garrick Lew
14                                           Counsel for defendant Alexander

15   03-07-08                                   /s/
     Date                                    Gail Shifman
16                                           Counsel for defendant Kautzman

17
     03-07-08                                        /s/
18   Date                                    John Hemann
                                             Counsel for defendant Matthews
19
     03-07-08                                        /s/
20
     Date                                    Laura Robinson
21                                           Counsel for defendant Enriquez

22
     03-07-08                                        /s/
23   Date                                    Mark Goldrosen
                                             Counsel for defendant Reyes
24

25   03-07-08                                        /s/
     Date                                    Seth Chazin
26                                           Counsel for defendant Williams

1

2
03-07-08 _____                    _____/s/_____
Date                                        Ismail Ramsey
3                                           Counsel for defendant Arnold

4
03-07-08 _____                    _____/s/_____
Date                                        Diana Weiss
5                                           Counsel for defendant Green

6

7
03-07-08                                    _____/s/_____
Date                                        Keslie Stewart
8                                           Assistant United States Attorney

9
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
10 within this efiled document.                      /S/ John Paul Reichmuth
_____                                     Counsel for Defendant Alicia Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip to Continue, 07-00488 CW                    3

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


_____                    _____
Date                                        Hon. Claudia Wilken
                                            United States District Judge