UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          CR-07-00488 CW
Defendant's Name     Kenyata Williams
Defense Counsel      Seth Chazin
Referral Date        4/9/08
Sentencing Date      7/23/08    @ 2:00 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

__X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by:  __SHEILAH CAHILL__
        Deputy Clerk

for use of Courtroom Deputies:    )
                                  )
  Is defendant in custody:   No   )
                                  )
  Is defendant English-           )
  speaking?                  yes  )
                                  )
_____)

cc: U. S. Probation