# CENTER POINT, INC

CORPORATE OFFICES
135 PAUL DRIVE
SAN RAFAEL, CA 94903
P 415 492 4444  F 415 492 8844
CPMAIL@CPINC.ORG

July 15, 2008

RE: Kenyatta Williams

To Whom It May Concern:

This letter will inform you that Kenyatta Williams participated in treatment at Center Point, Inc., a six month residential drug treatment facility located in San Rafael, California.

Center Point, Inc. is licensed and certified by the State of California Department of Alcohol and Drug Treatment Programs. Center Point has developed a continuum of interrelated services and has become one of the premier multi-modal services agencies in California. Center Point, Inc. offers a complete range of residential and non-residential services to individuals and families.

Mr. Williams entered treatment on September 11, 2007, and completed on March 7, 2008. He was in treatment for a total of 178 days. A treatment plan was developed with Mr. Williams to address the treatment issues identified via his assessment. Mr. Williams spent a considerable amount of time addressing his treatment issues both in groups and in one on one sessions with staff. Mr. Williams showed a real interest in taking responsibility for his life and has also shown an interest in helping others that came in the program after him. Since his completion, Mr. Williams has been participating in weekly continuing care groups. The fact that he continues to attend these groups really speaks to Mr. Williams' level of commitment to his ongoing recovery. Unlike most of the clients in our continuing care group, Mr. Williams has to commute from San Francisco weekly. If you need any further information regarding the specifics of treatment or Center Point, please do not hesitate to contact me at (415) 454-9444.

Sincerely,

Rick Fortenberry,
Program Manager
Center Point, Inc.