| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CABN 184090)<br>Assistant United States Attorney |

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0488 CW |
| Plaintiff, | ) | |
| | ) | UNITED STATES' SENTENCING MEMORANDUM |
| v. | ) | |
| KENYATTA WILLIAMS, | ) | |
| Defendant. | ) | |

Consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, the United States recommends a sentence of a term of imprisonment of one year and one day; three years of supervised release (with other conditions to be fixed by the Court); no fine; $100 special assessment; and restitution in the amount of $23,611.97 as set forth in the Probation Officer's Presentence Report.

DATED: July 22, 2008            Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/_____
                                          KESLIE STEWART
                                          Assistant United States Attorney