UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

v.                                                       **No.** CR-07-00488 CW

**Defendant:** Kenyata Williams (present)


**Appearances for Plaintiff:**
Christine Wong for Keslie Stewart

**Appearances for Defendant:**
Seth Chazin

**Probation Officer:**
Brian Casai

**Hearing: Sentencing**

**Notes:** Defendant and counsel have read PSR; no factual disputes. Court finds Offense Level 10, Criminal History 5, leading to a Guideline Range of 21 to 27 months. Based on binding plea agreement, the Court departs downward due to childhood and efforts toward rehabilitation before sentencing and sentences the defendant to one year and one day in the custody of the BOP, to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine and amount of restitution. Defendant to pay restitution in the amount of $23,611.97 as set forth in the PSR which shall be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter while incarcerated and $100 per month after release. Defendant to pay $100 special assessment due immediately. Any remaining counts are dismissed. Court will recommend placement in a facility close to the NDCA and participation in a drug program while incarcerated. Defendant to self-surrender on 9/3/08. See J&C for details.

Copies to: Chambers